Per Curiam.

---

# FIRST DISTRICT.

---

**Robert N. Motherwell, appellee, v. Garford Motor Truck Company, appellant. Gen. No. 25,152.**

Action to recover commissions upon the sale of motor trucks. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed October 6, 1920. Thomson, J., specially concurring.

Underwood & Smyser, for appellant; Charles R. Young, of counsel. Delbert A. Clithero, Frank Wentworth Swett and Kenneth M. Fiske, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.